**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 3**

| |
|---|
| **Prosperity Tieh Enterprise, Co., Ltd.,**<br><br>       **Plaintiff,**<br><br> **v.**<br><br>**UNITED STATES,**<br><br>       **Defendant.** |

**SUMMONS**
**Court No. 23-00052**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Mario Toscano**
Clerk of the Court

1. Plaintiff Prosperity Tieh Enterprise, Co., Ltd. ("Prosperity") is a foreign producer and exporter of certain corrosion-resistant steel products from Taiwan.  Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A) and was a party to the U.S. Department of Commerce's July 1, 2020 – June 30, 2021 antidumping duty administrative review of Certain Corrosion-Resistant Steel Products from Taiwan. Plaintiff has standing to commence this action under 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(a)(2)(A)(i)(I).
   (Name and standing of plaintiff)

2. Plaintiff contests aspects of the U.S. Department of Commerce, International Trade Administration's final results of the July 1, 2020 – June 30, 2021 antidumping duty administrative review of the antidumping duty order on *Certain Corrosion-Resistant Steel Products From Taiwan:  Final Results of the Antidumping Duty Administrative Review and Final Determination of No Shipments; 2020-2021*, 88 Fed. Reg. 7,408 (Dep't Commerce Feb. 3, 2023).
   (Brief description of contested determination)

3.  Jan. 27, 2023
    (Date of determination)

4.  Commerce's *Final Results* were published in the *Federal Register* on Feb. 3, 2023.
    (If applicable, date of publication in *Federal Register* of notice of contested
    determination)

/s/ Brady W. Mills                          Brady W. Mills
Signature of Plaintiff's Attorney           **Morris, Manning & Martin, LLP**
                                            1401 Eye Street, NW Suite 600
March 3, 2023                               Washington, DC 20005
Date                                        (202) 216-4116
                                            bmills@mmmlaw.com

## SERVICE OF SUMMONS BY THE CLERK OF THE COURT

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

## UPON THE UNITED STATES

Attorney-in-Charge
**U.S. Department of Justice**
International Trade Field Office
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson, Esq.
Director, Civil Division
**U.S. Department of Justice**
Commercial Litigation Branch
1100 L Street, NW, Room 12124
Washington, D.C.20530

## UPON THE DEPARTMENT OF COMMERCE

Peter Davidson
General Counsel
**U.S. Department of Commerce**
Mail Stop 5875 HCHB
14th Street & Constitution Avenue, NW
Washington, D.C.20230

Chief Counsel
**U.S. Department of Commerce**
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
1401 Constitution Ave., NW
Washington, DC 20230

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)