## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Prosperity Tieh Enterprise Co., Ltd.,<br><br>                  Plaintiffs,<br><br>          v.<br><br>United States,<br><br>                  Defendant. | Court No. 23-00052 |

### **ORDER OF DISMISSAL**

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

                                                      Mario Toscano
                                                      Clerk of the Court

                                  By:    /s/ Stephen Swindell
                                                  Deputy Clerk

Date:  April 5, 2023
         New York, New York